UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 21-228 DWF/ECW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) 18 U.S.C. § 922(g)(1) |
| | ) 18 U.S.C. § 922(o)(1) |
| v. | ) 18 U.S.C. § 924(a)(2) |
| | ) 18 U.S.C. § 924(d)(1) |
| MARQUES DWELL ARMSTRONG, JR., | ) 26 U.S.C. § 5845(b) |
| a/k/a "Kease," | ) 28 U.S.C. § 2461(c) |
| Defendant. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession of a Machinegun)

On or about October 12, 2021, in the State and District of Minnesota, the defendant,

**MARQUES DWELL ARMSTRONG, JR.,**
a/k/a "Kease,"

did knowingly possess a machinegun, namely, a 9mm-caliber Glock pistol, model 26, with a high-capacity magazine, bearing serial number FMC403, equipped with an attached conversion device, commonly known as a "switch" or "auto sear," enabling it to be fired as a fully automatic weapon by a single function of the trigger, knowing it had characteristics that made it a machinegun as defined by Title 26, United States Code, Section 5845(b), all in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).



SCANNED
OCT 26 2021
U.S. DISTRICT COURT MPLS

United States v. Marques Dwell Armstrong, Jr.

## COUNT 2
(Felon in Possession of a Firearm)

On or about October 12, 2021, in the State and District of Minnesota, the defendant,

**MARQUES DWELL ARMSTRONG, JR.,**
a/k/a "Kease,"

having been previously convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, namely,

| Crime | Jurisdiction of Conviction | Date of Conviction (in or about) |
|---|---|---|
| Conspiracy – Felon in Possession of Firearms | District of Minnesota | April 2016 |
| Felony Theft | Hennepin County | May 2016 |
| Felony Theft | Dakota County | July 2016 |
| Second-Degree Assault Dangerous Weapon | Hennepin County | March 2020 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a 9mm-caliber Glock pistol, model 26, with a high-capacity magazine, bearing serial number FMC403, equipped with an attached conversion device, commonly known as a "switch" or "auto sear," in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### FORFEITURE ALLEGATIONS

Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

As a result of the offenses alleged in Counts 1 and 2 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section

924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, accessories (including any magazines, switches, conversion devices, auto sears, and other firearms parts), and ammunition, involved in, connected with, or used in any knowing violation of, the offenses alleged, including, but not limited to, a 9mm-caliber Glock pistol, model 26, with a high-capacity magazine, bearing serial number FMC403, equipped with an attached conversion device, commonly known as a "switch" or "auto sear."

All in violation of Title 18, United States Code, Sections 922(g)(1), 922(o)(1), 924(a)(2), and 924(d)(1), Title 26, United States Code, Section 5845(b), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____  _____
ACTING UNITED STATES ATTORNEY        FOREPERSON

3