UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-228 (DWF)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) STIPULATION CONCERNING ) PRIOR CONVICTION ) |
| MARQUES DWELL ARMSTRONG, JR., | ) ) |
| Defendant. | ) ) |

The parties stipulate and agree that, prior to October 12, 2021, Marques Dwell Armstrong, Jr. had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, and that he knew he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, and was therefore legally prohibited from possessing a firearm on October 12, 2021.

Dated: 2/5/2023

_____
Marques Dwell Armstrong, Jr.
Defendant

Dated: 2.5.2023

_____
Manny Atwal
Assistant Federal Defender
Attorney for Marques Dwell Armstrong, Jr.

Dated: February 7, 2023

_____
Benjamin Bejar
Albania Concepcion
Assistant United States Attorneys