```
 1                    UNITED STATES DISTRICT COURT
                         DISTRICT OF MINNESOTA
 2

 3      ------------------------------------------------------------
                                      )
        United States of America,     )   File No. 21-cr-228
 4                                    )            (DWF-ECW)
               Plaintiffs,            )
 5                                    )
        vs.                           )   TESTIMONY OF OFFICER
 6                                    )   ADAM EVANS
        Marques Dwell Armstrong, Jr., )   Courtroom 7C
 7                                    )   St. Paul, Minnesota
                                      )   February 15, 2023
 8             Defendant.             )   10:32 a.m.

 9      ------------------------------------------------------------

10              BEFORE THE HONORABLE DONOVAN W. FRANK
                   UNITED STATES DISTRICT COURT JUDGE
11                             (TRIAL)

12      APPEARANCES:
        For the Plaintiff:        United States Attorney's Office
13                                Benjamin Bejar, AUSA
                                  Albania Concepcion, AUSA
14                                300 South 4th Street
                                  Suite 600
15                                Minneapolis, Minnesota 55415

16      For the Defendant:        Office of the Federal Defender
                                  Manny Atwal, ESQ.
17                                300 South Fourth Street
                                  Suite 107 US Courthouse
18                                Mpls, MN  55415

19      Court Reporter:           Lynne M. Krenz, RMR, CRR, CRC
                                  Suite 146
20                                316 North Robert Street
                                  St. Paul, Minnesota 55101

21

22

23         Proceedings reported by certified stenographer;
        transcript produced with computer.
24

25
```

1                              **I N D E X**

2
                                                           <u>PAGE</u>
3
     **ADAM EVANS**
4        Direct Examination By Mr. Bejar                      4
         Cross-Examination By Ms. Atwal                      37
5

6

7

8
     GOVERNMENT EXHIBITS                                   <u>REC'D</u>
9        21                                                   17
         22                                                   17
10       22A                                                  17

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                      **P R O C E E D I N G S**

2                          **IN OPEN COURT**

3                          **(JURY PRESENT)**

4          (Defendant present)

5          (10:32 a.m.)

6                THE COURT:  May all be seated.  Thank you.  You

7     may proceed, counsel, with your next witness as soon as the

8     jury is ready.

9                MR. BEJAR:  Thank you, Your Honor.

10               The United States calls Firearms Enforcement

11    Officer Adam Evans.

12               THE COURT:  If you want to step forward, sir, to

13    the front of the -- right in front of the large screen here

14    what we call the witness box.

15               THE WITNESS:  Yes, Your Honor.

16               THE COURT:  And then before you step in if you'd

17    want to raise your right hand, please.

18               Do you swear the testimony you shall give relative

19    to this case now under consideration shall be the truth and

20    nothing but the truth, so help you God?

21               THE WITNESS:  I do.

22               THE COURT:  There's a couple steps up there.

23               And if you want to go up and have a seat in the

24    chair.  Then as I tell every witness, between sliding that

25    chair close to the microphone, and you can also move the

1    microphone because it's not fastened, you'll have to be

2    quite close to the mic, otherwise it doesn't pick you up.

3              If you would please state your full name and spell

4    your last name.

5              THE WITNESS:  My name is Adam Evans, E-V-A-N-S.

6              THE COURT:  You may inquire, counsel.

7              MR. BEJAR:  Thank you, Your Honor.

8                              **(Adam Evans)**

9                          **DIRECT EXAMINATION**

10   BY MR. BEJAR:

11   Q.  Good morning, Mr. Evans.  How are you employed?

12   A.  I'm employed from the Bureau of Alcohol, Tobacco,

13   Firearms and Explosives.  I work in the firearms and

14   ammunition technology division and I am -- my official title

15   is firearms enforcement officer.

16   Q.  What are the ATF's firearms, ammunition technology

17   division located?

18   A.  We are located in Martinsburg, West Virginia.

19   Q.  And the firearms and ammunition technology division is

20   lovingly referred to as the FATD sometimes; is that right?

21   A.  Yes, it is.

22   Q.  F-A-T-D?

23   A.  Yes.

24   Q.  How long have you worked as a firearms enforcement for

25   ATF with FATD?

1    A.  I've been a firearms enforcement officer for

2    approximately two years.

3    Q.  What is the role and function of the firearms and

4    ammunition technology division?

5    A.  Our division is the primary technical division for the

6    Bureau of Alcohol, Tobacco, Firearms and Explosives.

7         We provide technical analysis of firearms and

8    ammunition to make classifications under federal law.

9    Q.  Excuse me.  Are there certain ways particular firearms

10   are defined and classified under federal law?

11   A.  There are certain ways.  We primarily classify firearms

12   under the Gun Control Act of 1968 and the National Firearms

13   Act under -- I'm sorry, of 1934.

14   Q.  As part of your duties, and training, and

15   responsibilities as a firearms enforcement officer, excuse

16   me, Your Honor, are you specifically familiar with those

17   laws, regulations, terms and definitions as they apply to

18   those firearms?

19   A.  I am.  We focus on those laws and regulations on a daily

20   basis and apply them to firearms of many different types.

21   Q.  How long have you been with ATF?

22   A.  For approximately eight years.  Before I was a firearms

23   enforcement officer I was a firearms industry operations

24   investigator.  I did about five-and-a-half years as an

25   investigator going out and doing compliance inspections of

1    firearms, dealers, and manufacturing facilities.

2    Q.  ATF is the federal agency that is authorized under

3    federal law with regulating the firearms industry; is that

4    correct?

5    A.  Yes, it is.

6    Q.  So what are your primary duties and responsibilities as

7    a firearms enforcement officer, FEO?

8    A.  As an FEO we classify firearms under specific types of

9    naming conventions for making them applicable to the laws.

10            For instance, we breakdown the Gun Control Act to

11    see if it is a firearm or if it is not.  As the Gun Control

12    Act requires interstate nexus, that's a primary role to

13    establish the understanding of where the firearms came from

14    and if it transferred across state lines.

15            For the National Firearms Act, we primarily focus

16    on eight firearms.  And they are broken down as a firearm

17    into different subcategories.  For instance, machine gun or

18    shotgun, short-barreled shotgun, and short-barreled rifle.

19    Q.  Do you have any prior law enforcement or military

20    experience?

21    A.  Prior to working for the ATF I was a bomb technician for

22    the Department of Homeland Security.  And before that I was

23    in the United States Marine Corps for eight years, serving

24    as an explosive disposal technician.

25    Q.  Could you tell the jury about any specialized training

1    you have received as an FEO?

2    A.  As an FEO, we have pretty rigorous, rigorous training of

3    about 800 hours of on-the-job training.  That consists of

4    doing a lot of research, historical papers, understanding

5    and functioning different firearms, and really breaking down

6    how firearms function.  And at the end of all of that

7    on-the-job training and time spent researching into the

8    different firearms.

9         We go through a certification panel interview and

10    sit down with a -- some of the senior FEOs who just ask very

11    elaborate questions to understand the extreme depth of

12    firearms and my understanding.

13    Q.  Have you attended any armorer's courses?

14    A.  I have.  As an FEO I've attended around six or seven

15    armorer's courses under different platforms.

16         Primarily I attend one for a Glock firearm.  I

17    attended one for an AR-15 or an M-16 firearm.  One for a

18    silencers and other various firearm types.

19    Q.  What do you learn as these armorer's courses,

20    specifically like for Glock?

21    A.  The armorer's courses are hosted by the manufacturing

22    companies most of the time.

23         The armorer's courses are designed to teach you

24    the intricacies of the firearm itself and how they are meant

25    to function and designed to function.  They are also

1    teaching you how to disassemble them properly, look for

2    discrepancies or worn parts that need to be replaced or if

3    there is any malfunctions, how to replace it and fix what

4    needs to be fixed and then reassemble them again.

5    Q.  Have you ever toured any firearms factories?

6    A.  I have toured numerous factors as an FEO and I did many

7    compliance inspections as an industry operations

8    investigator.  Around probably 100 different facilities to

9    see how they are made.

10   Q.  Based on your training and experience, are you familiar

11   with machine guns specifically?

12   A.  I am very familiar with machine guns.  As an FEO I've

13   done over a 100 different exhibit evaluations that were

14   machine guns.

15          And prior to that, in my time in the Marine Corps

16   I maintained and disassembled around 300 machine guns or so

17   that was maintained by our unit overseas while deployed to

18   Iraq.

19   Q.  Fair to say as an ATF FEO you are intimately familiar

20   with a variety of firearms, including especially machine

21   guns, how they operate and function, how they're classified

22   and defined under federal laws and regulations?

23   A.  Yes, sir.

24   Q.  What kinds of firearms do you receive as an FEO for

25   examination in testing and classifying?

1    A.  Our primary firearm that we receive for identification

2    and classification is typically a machine gun.  Secondary to

3    that would be silencers.  And then there's a few other types

4    that we get periodically, but the primary is machine gun.

5    Q.  And specifically have you had the opportunity to

6    inspect, examine, and classify Glock firearms with a switch?

7    A.  Yes.  I've done classifications on over 100 exhibits

8    that were Glock switches and roughly 70 different cases that

9    were multiple types of machine guns.

10   Q.  Now you've mentioned the term "Glock switch."  Could you

11   please tell the jury just generally what a switch is and

12   what it does.

13   A.  A Glock switch or a Glock chip is a common term used to

14   describe a machine gun conversion device.

15         A machine gun conversion device is any part or

16   combination of parts that you can put together to change a

17   semi-automatic firearm into a machine gun.

18         Typically, a Glock switch maintains or consists of

19   three different components, a housing, a selector switch and

20   a leg.  Those three pieces combined work together to change

21   that firearm from a semi-automatic firearm into a machine

22   gun.

23   Q.  And why is it commonly referred to as a switch?  Is it

24   because of one of those components that you mentioned?

25   A.  The selector switch can usually be pushed from one side

1    to the other to switch between semi-automatic or automatic

2    fire.

3    Q.  That's the intended function of it?

4    A.  That is the intended function, however most of the time

5    it does not function that way.

6    Q.  Are these Glock switches commercially available and sold

7    in gun shops and stores?

8    A.  They are not commercially available or sold.  Most of

9    the time they are imported from overseas for whoever is the

10   cheapest bidder to get them into the United States.

11           They can be made within the United States.

12   Primarily you'll see them in hobbyist houses or something as

13   they are illegally made.  They are -- can be 3D printed or

14   milled by a machinist who has the proper machine to cut out

15   the metal.

16   Q.  Can you legally purchase a Glock fireman with a switch

17   installed from a gun shop or commercial dealer?

18   A.  No, you cannot.  The firearms -- the machine gun ban

19   that was put in place in 1986 made it where no person,

20   unlicensed person, can purchase a conversion part like that

21   and apply it into your firearm to make a machine gun.

22   Q.  Does Glock itself manufacture firearms with switches

23   installed?

24   A.  Glock has never made a Glock switch.  It is a name that

25   was adopted by the people who wanted to put them onto

1    Glock-type firearms.  And all of such switches or conversion

2    devices are contraband because they are not made.

3    Q.  So if it doesn't come from the manufacturer and you

4    can't get it from a gun shop, it's got to be installed after

5    the firearm was manufactured and sold, correct?

6    A.  That is correct.

7    Q.  Talk a little bit about your training and experience,

8    and knowledge about how well these aftermarket switches are

9    manufactured to function properly.

10    A.  The typical conversion device that we see come in,

11    primarily a Glock switch, is the number one type conversion

12    device that we do classifications on.

13            They are very poorly made.  Again, some of them

14    can be 3D printed, which raises their own issues when you're

15    dealing with 3D printing.  However in this case, we're not

16    referring to 3D printed conversion device.

17            The metal components are often made by different

18    manufacturers, the housing would be made at one facility,

19    the leg would be made at another, and the selector switch

20    would be made at another.

21            They're imported into the country usually in

22    separate packages and that way they're not tracked by

23    customs as they come in and then whenever the end user gets

24    ahold of them, they have to compile the couple units

25    together to make Glock switches out of those three

1    components.

2          Those three components are not regulated by OEM

3    specifications.  They are not made by specific manufacturers

4    that meet a criteria held to a certain standard.  They are

5    often poor quality.  They get worn out very quickly and

6    they're made with very cheap metal.

7    Q.  So is it common for a Glock switch to fire in automatic

8    mode even if it's selected in semi-automatic mode?

9    A.  That's very common.

10          A lot of times they're intended to be having a

11   selector switch available for semi-automatic but oftentimes

12   that switch, the selector switch, will actually shift while

13   firing and it will deviate between semi-automatic or

14   automatic on an infrequent basis.

15          Oftentimes, I would say over 75 percent of the

16   time, my cases have resulted in full automatic fire, whether

17   it be in semi-automatic mode or automatic fire.

18   Q.  Did you receive evidence at your worksite, at the

19   firearms, ammunition, technology division, to inspect and

20   classify in this case?

21   A.  Yes, I did.

22          MR. BEJAR:  May I approach, Your Honor?

23          THE COURT:  You may.

24   BY MR. BEJAR:

25   Q.  I've placed in front of you Government Exhibit 18.  Do

1    you recognize that?

2    A.  I do.  This is the box that I received for

3    classification.  It has my signature on the evidence

4    transmittal tag saying that I took custody of it on

5    January 23rd of 2023.

6    Q.  And if you can open the box.

7            Do you recognize that as the firearm that you

8    received and examined?

9    A.  I do.  This is the firearm that I identified and

10   examined, as well as the extended magazine inside the box.

11   Q.  And when you received the firearm, it had the -- it had

12   a switch installed; is that correct?

13   A.  That is correct.

14   Q.  Is this generally in the same condition that you

15   received it when you -- is it generally in the same

16   condition as when you received it for examination, excuse

17   me?

18   A.  Yes, it is.

19   Q.  So tell the jury generally what you did at the start of

20   your examination and inspection of this firearm.

21   A.  When I first receive evidence, the first thing that I do

22   is make sure that it is safe to handle and make sure that

23   there is no live ammunition inside of it, that way nothing

24   happens while doing a visual inspection.

25           After I do a visual inspection to make sure it's

1    safe to handle, I do an overall view of the firearm trying

2    to identify any manufacturer's markings or characteristics

3    where I can identify what type of firearm this is.

4            While doing an overall examination of this, I

5    identified that it was a -- excuse me, a Glock-type firearm

6    made in Austria imported by Glock, Inc., in Smyna, Georgia,

7    and it is a model 26 which shoots a 9x19 caliber round.

8            On the rearward side of the slide I noticed that

9    it did not have a standard Glock backplate and it had been

10   modified to accept a machine conversion device on the back

11   of the firearm.

12   Q.  What did you -- after you did this sort of overall

13   inspection what did you do next in terms of the physical

14   exam of the firearm?

15   A.  After I did the overall inspection, the next thing to do

16   is disassemble and look for modifications and identify what

17   has been done to the firearm.

18           To do that I had to remove the Glock switch that

19   was on the back of the firearm slide and then I removed the

20   slide from the firearm to look at the internal components.

21   Q.  And during your inspection and examination did you

22   compare the -- this Government Exhibit 18, the Glock model

23   26 that you received, with a standard stock Glock model 26?

24   A.  I did.  One of the things that is special about FATD is

25   that we maintain a national firearms collection of

1    approximately 12,000 to 15,000 firearms in our possession.

2            So oftentimes we can take a firearm that we get

3    for classification and then go compare it to a standard

4    stock firearm that we received from the company and then we

5    can look -- we can identify what has been changed on it.

6            In the case of this firearm, I went back to our

7    collection and I got a standard Glock 26 and I put them

8    side-by-side to look for modifications.  In doing so, the

9    obvious thing that came to my attention was the Glock switch

10   on the back of the firearm.

11   Q.  Generally based on your inspection and examination of

12   this firearm, what kind of condition was it in?

13   A.  It's in very good condition.  I would be honest to say

14   that it is in better condition than the pistol I carry on a

15   normal basis.

16           However, it does have some sort of residue on the

17   internal components that appears to be commonly found in

18   what we identify as gunshot residue.

19           My classification does not get into the chemical

20   analysis of that gunshot residue but it does appear to be

21   consistent with what we see frequently.

22   Q.  Did you note whether the firearm had any rust?

23   A.  I did not see any rust, corrosion, or debris inside this

24   firearm by any means.  It is in good shape.

25   Q.  No real wear and tear?

1    A.  No real wear and tear.

2    Q.  No dirt, foreign material inside it?

3    A.  Not out of the ordinary dirt, no.

4    Q.  Did it appear like new?

5    A.  It appeared to be used but like new.  You could tell

6    that there are indications of firearm magazines being

7    inserted into it, so there are scratches and scuffs, but

8    nothing out of the ordinary for a typical firearm.

9              MR. BEJAR:  May I approach?

10             THE COURT:  You may.

11   BY MR. BEJAR:

12   Q.  There's a binder of exhibits there in front of you.

13             Could you please turn to tabs 21, 22 and 22A.  And

14   please look at those and let me know after you have done so.

15             (Witness reviews documents)

16   A.  Okay, sir.

17   Q.  Do you recognize what's in Government Exhibits 21, 22

18   and 22A?

19   A.  I do.  These are photographs of the firearm that I

20   conducted an evaluation and classification on.

21   Q.  And do they also show photos of comparison of the

22   firearm you received with a stock Glock 26?

23   A.  Yes, they do.  They are pictures that I took.  On the

24   left is of the exhibit that was submitted to me and on the

25   right is a picture of the firearm that I got out of our

 1    collection to compare them to.

 2    Q.  And what about 22A, do you recognize that as part of

 3    your work on this case?

 4    A.  22A is a diagram of how a typical Glock switch works.

 5            The first page is a standard firearm, standard

 6    Glock and how it is designed to function in a semi-automatic

 7    configuration.  And then the second picture is once you have

 8    a Glock switch installed how it functions.

 9            MR. BEJAR:  Government offers Exhibits 21, 22 and

10    22A.

11            MS. ATWAL:  No objection, Your Honor.

12            THE COURT:  Those are received.

13            MR. BEJAR:  Your Honor, I'm going to publish some

14    exhibits, if we could dim the lights, please.

15            THE COURT:  Okay.

16    BY MR. BEJAR:

17    Q.  Do you see Government Exhibit 21 on your monitor, sir?

18    A.  I do.

19    Q.  Can you tell us what we are looking at here?

20    A.  The image on the left is the government exhibit that was

21    submitted to me for classification.

22            The image on the right is the firearm out of our

23    collection, a Glock 26 in standard semi-automatic

24    configuration.

25            On the picture on the left there is a blue circle

1    around the Glock switch installed on the back of the slide.

2    You can see it -- is this touchscreen?  It is.  Right here,

3    (indicating), looking up at the Glock switch on the back of

4    the firearm.

5    Q.  So you've put an arrow indicating where the photo has

6    the blue circle on the Glock switch; is that correct?

7    A.  Yes.

8    Q.  And the picture to the right is a standard Glock model

9    26 without a switch; is that correct?

10   A.  That is correct.

11   Q.  I'm going to show you page 3 of this exhibit.

12            This is page 3 of Exhibit 21; is that correct?

13   A.  That is.

14   Q.  So what are -- this is -- tell us what this is, page 3.

15   A.  This is a view from the back of the firearm's frame

16   without the slide attached.

17            Again, to remove the slide I had to remove the

18   Glock switch off the back of it and then slide the slide

19   forward, where I can now see the rearward side, rearward

20   view of the firearm frame itself.

21   Q.  And you put a blue circle there on what appears to be a

22   notch.  Is that the frame of the firearm that you examined?

23   A.  So the blue circle is showing a section of the frame

24   that has been displaced.  This section of the frame is

25   polymer and it has a metal insert on the inside of it that

1    you can see, I assume in a later photograph.

2                But this section is a polymer plastic that has to

3    be displaced for that Glock switch to be installed and

4    function.

5                You can tell that it is -- likely been forcefully

6    done because that piece of plastic is still attached and it

7    wasn't done with a file or a screwdriver or clippers of some

8    sort to get that piece removed.  It looks like it was just

9    jammed shut in order to get that slide to close, allowing

10   that firearm to function.

11   Q.  So to be clear, this is where the part of the Glock

12   switch that is installed on the firearm that you examined is

13   inserted to and makes contact with the frame; is that right?

14   A.  Yes.  This little notch would make clearance for the leg

15   of that conversion device to push on one of the internal

16   components which changes the function of that firearm to be

17   an automatic machine gun.

18   Q.  Is it common to when someone is installing a switch on a

19   firearm that a modification like this has to be made?

20   A.  It's very common.  Oftentimes we see it done with tools,

21   or if it's not done with a tool, it is just forcefully put

22   in there and you'll result in this chipping or this removal

23   of the plastic just to get that piece installed properly.

24               Oftentimes firearms that have Glock switches on

25   them have to be hand fit to that specific Glock switch

1    because those Glock switches are not regulated by anybody.

2    They all have different specifications for manufacturing and

3    different tolerances.  With those different tolerances, take

4    -- it takes a firearm a different amount of plastic to be

5    removed to accept that conversion device installed.  So this

6    is very common for us to see.

7    Q.  And this is page 4 of Exhibit 21.  What do we see here?

8    A.  This is a view on the top of looking down onto the frame

9    where you can see the trigger mechanisms inside.

10           This is -- there's no additional parts in this

11   that you would need to modify for the Glock switch to be

12   installed.  However, that same notch that we were just

13   looking at on the last page is right here (indicating) and

14   it's very narrow.  I'm not even going to draw an arrow to it

15   because you can't really tell.  Can you zoom in?

16   Q.  Does that help?

17   A.  That does help.

18   Q.  So where is that notch that you were talking about?

19   A.  On that last picture we were look ago the this section

20   of plastic (indicating).  That notch that was removed in

21   that last picture comes right through here (indicating) and

22   would continue to approximately here (indicating).  That

23   section has been removed of the plastic, allowing for the

24   leg to be installed into this frame.

25           The lower picture that we're looking at is of the

1   slide that was removed to see the internal components.  Back

2   here, this section, is where you would typically find the

3   Glock backplate or in this case it's been removed and the

4   machine gun conversion device, the Glock switch, was

5   installed in that section.

6   Q.  So in order to install the switch you have to remove

7   that backplate from a standard Glock in order to fit the

8   switch and sort of jam it in there?

9   A.  Yes, you do.

10  Q.  I'm trying to get to page 2 of Exhibit 21.  There we go.

11          This is page 2 of Government Exhibit 21.  What do

12  we see here?

13  A.  Again, this is a comparison of the exhibit that I

14  received for classification on the left, compared to the

15  Glock 26 from our collection.

16          On the back section of the exhibit that we

17  received, you can see the Glock switch installed here

18  (indicating), here (indicating), and here (indicating), as

19  opposed to just a different angle of the standard Glock

20  switch, which you will find here (indicating), it's hard to

21  draw with these arrows.  But on the standard Glock

22  backplates they're flush with the slide and there's little

23  groves that help you with the installation and removal of

24  that backplate, but it is flush with the back of this slide.

25  Q.  So I'm going to zoom in on this middle picture.  And can

1    you just take your finger and circle the backplate on the

2    standard Glock that needs to be removed.

3    A.  (Indicating).

4    Q.  And then could you circle the switch in that same

5    position on the gun that you received.

6    A.  Yes.

7    Q.  And how is that backplate removed normally?

8    A.  When you slide to the rear, you need to have a punch or

9    a pin to depress a plunger on the inside of the slide and

10   then you can use your thumb or a finger to slide that

11   standard backplate down and it will take it off of the

12   slide.

13   Q.  Now we see in the gun with the switch, which is the gun

14   you examined, it has something protruding.  Can you explain

15   what that is.

16   A.  The area to the left right here (indicating) is the

17   selector switch.  In this case it's in a semi-automatic

18   position because it is pushed on the right side, projecting

19   that toggle switch or the selector switch to the left.

20          To put it into the automatic mode you would push

21   onto that side where that arrow is, pushing it to the right

22   and it would move the leg on the inside of the switch or on

23   the bottom slide of the switch, making it go into the

24   automatic configuration.

25   Q.  Now showing you the first page of Government Exhibit 22.

1    Could you, again, point out the switch.

2    A.  Yes.  In all three images it's zoomed in on the back of

3    that slide.

4    Q.  And now the selector switch, that bar that you

5    discussed, seems to be pushed to the other side; is that

6    correct?

7    A.  Yes, it's been pushed into the left, which would put the

8    leg in the automatic fire position.

9    Q.  So the -- when the sort of fatter part of the selector

10   switch is protruding out to the left, that semi-automatic

11   mode, and when the thinner part with the little wheel is on

12   the right, that's fully automatic mode?

13   A.  That's correct.

14   Q.  What do we see here on page 2 of Government Exhibit 22?

15   A.  This is a view of a comparison, again, from the bottom

16   up, is where you're looking, the way you're oriented.

17           So you're looking at the bottom of the selector,

18   I'm sorry, the bottom of the switch installed on this slide

19   where you can see the housing, the selector switch, and then

20   in this section here (indicating) is the leg that goes in

21   there.  Can you clear that for me?

22           So from this view you can see that the leg is

23   protruding out of the housing a little bit.  In the

24   difference of tolerances you can also see that the leg is a

25   little crooked.  Oftentimes this is because it is made by a

1    cheap manufacturer or a bad quality that doesn't have

2    specific specifications made to have good quality

3    manufacturing products.

4         If you look at the image on the right, you also

5    have a side angle of it.  You can actually see that the leg

6    is protruding up.  There's a section here (indicating) that

7    comes out of the housing.  That is the section that goes

8    through the firearm frame making it displace that plastic,

9    if it hasn't already -- if that plastic hasn't already been

10   moved with a tool or a file.

11   Q.  So that edge of the leg of the switch is what would have

12   caused the notch in the frame; is that correct?

13   A.  Yes, that is.

14   Q.  What do we see here on page 3 of Government Exhibit 22.

15   A.  On the left you have a view of a selector that's in the

16   semi-automatic position and on the right you have a view of

17   the selector switch that is in the automatic position.

18        If you notice between those two different

19   pictures, there's a very small -- there's a very small

20   difference between this line and this line.

21        The one on the right in the automatic position

22   pushes that leg forward on the slide ever so slightly, which

23   is enough to change the function of that firearm.

24        That difference is roughly the thickness of a zip

25   tie, very small tolerances.  And because of those small

1    changes that are occurring when you move that switch and the

2    bad tolerances of manufacturing, that's what oftentimes

3    makes this not work properly or as it was originally

4    designed.

5    Q.  So can you just zoom in, just draw a line on the actual

6    leg, just for the jury understand when you say the leg of

7    the switch what you're talking about.  Just draw a red line

8    right on the leg.

9    A.  This is the side of the leg (indicating) and then it

10   comes across.  And I circled it.

11   Q.  So you've circled the leg there, correct?

12   A.  Yes.

13   Q.  And, again, this picture that you just drew on the

14   right, this is full automatic mode, correct?

15   A.  Yes, it is.

16   Q.  And then the picture on the left is semi-automatic mode.

17   A.  Yes.

18   Q.  And, again, the only difference is the little gap that

19   we see at the bottom with the leg moving forward slightly.

20   A.  That is the difference.  When you move that selector

21   switch from one side to the other, it changes the distance

22   that that leg travels forward.

23   Q.  Is it common for that selector switch to move with

24   vibrations from when it's being fired?  Can it go in and out

25   of semi-automatic and full automatic mode?

1    A.  It's very common for that selector switch to walk or

2    shift during fire from the vibrations and the movement of

3    the firearm.  Because it is a mechanical action, oftentimes

4    it just slips.

5         And, again, being poor quality, the selector

6    switch will oftentimes get worn out and it just will allow

7    you to roll from one side to the other.  Very frequently it

8    will move during firing.

9    Q.  And so when you're in -- if you think you're in

10   semi-automatic mode it can still fire in fully automatic

11   mode if the switch not -- is just off by a little bit; is

12   that fair to say?

13   A.  That is very fair to say.

14        If you look at the picture on the right, in that

15   gap here (indicating), there is a line that goes -- there,

16   it's pointing to on the left.

17        There's a very small line there.  That is a

18   probably three thousandths of a inch lip on the selector

19   switch that is meant to hold that switch in place, but it

20   gets worn out very frequently and that's the only thing

21   preventing that selector from shifting, so it will very

22   frequently fail.  And in this case, you can even see that it

23   is worn out a little bit because of the coloration change on

24   that selector switch.

25   Q.  As part of your examination do you also remove the

1    switch and inspect it as well?

2    A.  I do.  We make sure that the components are documented

3    before I remove the Glock switch, photographed, and if

4    there's anything out of the ordinary I annotate that, then I

5    remove it and look at the conversion device itself to look

6    at its quality and if there's any defect on it.

7    Q.  What do we see here on page 4 of Government Exhibit 22?

8    A.  This is the Glock switch that has been removed from the

9    exhibit.  You can see it's approximately one inch by one

10   inch from the longest section of the leg, all the way

11   through the housing, and then the selector switch protruding

12   out the side also one inch.

13   Q.  And, again, just to orient the jury, can you put a red

14   line on where the leg is?

15   A.  Yes, the leg is this section right through here

16   (indicating).

17   Q.  And then when you say the housing, can you sort of

18   indicate what that is by perhaps circling it.

19   A.  That's the housing which holds the leg in place and then

20   the selector switch goes through the housing, all the way

21   through, and can be switched from semi-automatic to

22   automatic configuration.

23   Q.  And this is page 5 of the Government Exhibit 22.  What

24   do we see here?

25   A.  This is, again, the Glock switch that has been removed,

1    and it's compared to a patent that was filed in the United

2    States by a company other than Glock saying that this is a

3    fire select system.  It is in the orientation as the patent

4    just to show that it is similar to that same type of patent.

5            In the pictures in the top you can see that,

6    again, selector switch is currently centered instead of from

7    one side to the other.

8    Q.  And what does that indicate that it's centered?  It's

9    not pushed into fully automatic mode, it's not pushed into

10   semi-automatic mode; is that right?

11   A.  That is correct.

12   Q.  And what does that indicate to you?

13   A.  More than likely it will still function as an automatic

14   as a machine gun because it's still on the thicker section

15   of that selector switch.  But with it -- without being one

16   side or the other, it's hard to tell what configuration it

17   would fire until you squeeze a trigger and fire it.

18   Q.  And this is indicative of what you had testified earlier

19   about the cheap way that these are manufactured and they can

20   slide in and out; is that right?

21   A.  Yes.

22   Q.  So in looking at all of these comparison photos that

23   we've reviewed, in your training and experience, is the

24   switch prominent enough that someone who's familiar with

25   Glock firearms or even firearms in general would notice a

1    difference between a regular Glock and one with a switch

2    installed?

3    A.  It is my opinion as the expert for identifying is that,

4    yes, if you have handled or viewed firearms lately, you

5    would probably recognize that something is different on this

6    more than just out of place.

7            The Glock firearm is the most common firearm in

8    the United States right now.  It is by far the most popular

9    handgun in the United States.  And if you're familiar with a

10   Glock in a standard configuration, you would notice that

11   this is not in that same thing, the same identifying

12   characteristics on that slide.

13   Q.  So after you field stripped it and took these comparison

14   photos, what did you do next in your examination procedure?

15   A.  I resembled it and I function checked it at my work

16   area.

17   Q.  And what is a function check?

18   A.  A function check is making sure that the firearm

19   operates and cycles as it should without having any

20   energetic component like a bullet installed in it.  So it's

21   still safe for handling.  It's a mechanical check of the

22   firearm.

23   Q.  Did you do this mechanical function check with the

24   selector switch in both the semi-automatic and full

25   automatic position?

 1    A.  I did.  And in both instances it functioned check as a

 2    machine gun.

 3    Q.  So what does that mean it functioned checked as a

 4    machine gun?

 5    A.  As I was function checking it trying to identify how the

 6    firearm would likely shoot, it was not resetting the trigger

 7    properly so I could identify that something was not in the

 8    standard configuration of a Glock in a semi-automatic

 9    configuration.  Because it was function checking as a

10    machine gun on either side, I assumed that it would not be

11    able to function as a semi-automatic unless something else

12    was altered on it.

13    Q.  So the function check indicated that when you pulled the

14    trigger it would have continuously fired without reloading?

15    A.  Yes.  Without resetting that trigger, the firearm would

16    continue to fire as a machine gun until either you released

17    the trigger or you ran out of ammunition.

18    Q.  So that -- even though it was in semi-automatic mode it

19    still functioned -- function checked as a machine gun; is

20    that right?

21    A.  It manually function checked as a machine gun, correct.

22    Q.  Can you just briefly explain how, we've seen the switch,

23    we've seen the leg that you've talked about, how does that

24    switch interact with, I believe you said the trigger bar

25    inside the gun, just generally, to make it fully work as a

1    machine gun?

2    A.  So to understand how it works as a machine gun it's

3    easiest to understand how it works as a semi-automatic

4    first.

5         In a standard Glock you would have a trigger bar

6    that is this section here (indicating).

7         MR. BEJAR:  So just for the record, I'm showing

8    Government Exhibit 22A.

9         THE WITNESS:  This trigger bar is interacting with

10   the firing pin, which is just below the line I just drew.

11        There's a blue circle where you can see the firing

12   pin is being held in place by that trigger bar.

13        When you squeeze the trigger, that trigger bar

14   moves rearward and then downward, which releases that firing

15   pin and allows it to go forward, hitting the ammunition,

16   causing the bullet to come out the end of the barrel.

17        In a standard Glock, the energy of the bullet

18   would cycle that slide and push that slide rearward pass the

19   point of that trigger bar lip, which is called a cruciform,

20   and it would catch the action of the trigger or the firing

21   pin here (indicating) causing it to stop cycling as a

22   machine gun and it would stop the cycle of fire, resetting

23   the trigger.

24   BY MR. BEJAR:

25   Q.  Which would then only allow you to shoot one bullet from

 1     the single pull of a trigger?

 2     A.  That is correct.

 3     Q.  And then page 2 of 22A.

 4              So is this showing how it interacts with the

 5     trigger bar when the switch is installed?

 6     A.  This is an image of the Glock switch being installed and

 7     the image that's zoomed in right now you can see that it's

 8     in the semi-automatic configuration because that leg, which

 9     is this triangular section here, is not contacting that

10     trigger bar.  Can you clear that, please.

11              Once you shift that selector switch into the

12     automatic mode it pushes that leg forward which then

13     contacts that trigger bar seer section and pushes down that

14     trigger bar.  When that trigger bar is pushed down and out

15     of the way, there's no way for that trigger bar to catch the

16     firing pin and reset it, stopping from firing.

17              In order for it to continue shooting in the

18     semi-automatic configuration, you would need to catch that

19     firing pin and stop.

20              And the fact that that leg is now pushing the

21     trigger bar down and out of the way, it will continue to

22     fire until you release the trigger or until you're out of

23     ammunition.

24     Q.  By the single pull of a trigger.

25     A.  By the single pull of a trigger.

1    Q.  So after you performed this manual function test-fire,

2    where you found it functioned as a machine gun in both

3    semi-automatic and automatic mode, what did you do?  Did you

4    actually test-fire the gun?

5    A.  Yes, at that point normally in my inspection or

6    classification I have already made sure that it's safe to

7    handle, so I would take it into the range and shoot it, and

8    that's exactly what I did.

9         We have a range in our office located in

10   Martinsburg, West Virginia where we can shoot it onsite with

11   a standard commercially bought ammunition we have.  There's

12   nothing specific about the ammunition, nothing specific,

13   that it's for the ATF testing purposes.

14   Q.  Could you briefly describe what you did to test-fire it

15   and what you found.

16   A.  Yes.  Following our standard operation procedures for

17   test-fire, we always start out with just one bullet to make

18   sure that the firearm functions.  So I installed a magazine

19   with one round and cycled it so it loaded that round into

20   the chamber.

21        I squeezed the trigger and it did expel the

22   projectile by action of explosives showing that this exhibit

23   is a firearm at this point and it is capable of shooting.

24   Q.  And then did you load it with additional rounds to

25   test-fire it in either the semi-automatic or the full

1    automatic mode?

2    A.   I did.  After determining that it is capable of

3    discharging a firearm, that's the next step of our

4    procedures, we load two rounds of ammunition to the magazine

5    and then load the magazine into the firearm.

6         I had the selector switch set to semiautomatic

7    fire and when I pulled the trigger it fired both rounds

8    separately with independent pulls of the trigger, so two

9    pulls, two rounds per shot, not as an automatic firearm.

10         At this point I reloaded a second magazine again

11    with two rounds installed on that magazine and I moved the

12    selector switch over to the automatic fire position.

13         When I shot at the first round fired and a second

14    round did not.  I noticed that the selector switch had

15    shifted during firing and it was slightly out of contact

16    with the full automatic position.

17         I also noticed, as I cleared the weapon to make

18    sure it was safe to handle again, I noticed that there was

19    indication on the ammunition saying that the primer had been

20    struck by the firing pin.  And this is common that the

21    firing pin will still strike the ammunition, it's just very

22    softly touching it, so it wasn't the same impact as the full

23    force of it being with the firing pin smashing into the back

24    of the primer.

25         That oftentimes can be caused by the selector

1    switch shifting during firing, or ammunition being separate

2    loads, different tolerances of powder and energy in that

3    ammunition, and it can also be caused by the shooter's grip

4    and how they're manipulating the firearm.

5    Q.  Were you able to get this Government Exhibit 18 to

6    test-fire and have it shoot in full automatic mode?

7    A.  Yes.  I took that selector switch and pushed it more to

8    the right side, again, all the way into the automatic

9    position and loaded up a magazine of three rounds at this

10   point.  And as I squeezed the trigger it did fire all three

11   rounds with a single function and trigger automatically.

12   Q.  So based on your training and experience, and your

13   examination of the firearm, what did you conclude?

14   A.  So I concluded that exhibit -- the exhibit that was

15   given to me, with the Glock switch installed did function

16   and shoot automatically as a machine gun.

17   Q.  And it meets the federal definition of a machine gun?

18   A.  Yes, it does, based off of the fact that it shot more

19   than one round automatically without manually reloading by a

20   single function of the trigger, it does qualify as a machine

21   gun.

22   Q.  What about the switch itself?  What does that qualify

23   as?

24   A.  The switch itself is also a machine gun.  A second --

25   actually the third section of the machine gun definition

1   allows for a combination of parts designed and intended to

2   convert a firearm into a machine gun as a machine gun

3   itself.

4           So the conversion device, in this case a Glock

5   switch, is a combination of parts designing to convert a

6   machine -- a firearm into a machine gun and therefore it is

7   a machine gun in and of itself.

8   Q.  You authored and submitted a technical report based on

9   your inspection, examination, findings and conclusions?

10  A.  I did.  I summarized all of my findings and I submitted

11  that to the ATF agent that was involved.

12  Q.  And the exhibits that we have we've reviewed here were

13  part of your technical report?

14  A.  Yes.

15  Q.  And was that the end of the your examination of the

16  firearm?

17  A.  Yes.  At that point I ship my report and the evidence

18  back to the agent.

19          MR. BEJAR:  May I have a moment, Your Honor?

20          THE COURT:  You may.

21          (Counsel confer)

22          MR. BEJAR:  No further questions.

23          THE COURT:  You may inquire, if you wish, counsel.

24

25

1                    **CROSS-EXAMINATION**

2    BY MS. ATWAL:

3    Q.  Good morning, Mr. Ford [sic] -- or Mr. Evans, I'm sorry.

4    Pardon me.  I apologize.

5    A.  No problem.  Mr. Evans.

6    Q.  Thank you.  I apologize.

7            Mr. Evans, I just wanted to make sure, you

8    received this exhibit on January 20th of 2023?

9    A.  I believe that I took custody of it on January 23rd.  I

10   would want to double check the box for my signature and date

11   on that.

12           MS. ATWAL:  Okay.  Your Honor, may I approach?

13           THE COURT:  You may.

14           (Counsel confer)

15           THE WITNESS:  Yes, so on the box itself it shows

16   the property custody where I received -- I personally

17   received the exhibit for classification.

18           On my report it does indicate that that firearm,

19   that exhibit was received by the FATD office on January of

20   2023.  I did personally not receive it from our evidence

21   custodian until three days later.

22   Q.  Of this year?

23   A.  Of this year.

24   Q.  Of this year?

25   A.  Yes, of 2023.

1          MS. ATWAL:  Thank you.  I have nothing further.

2     Thank you, Your Honor.

3               THE COURT:  Anything further, counsel?

4               MR. BEJAR:  Nothing further.

5               THE COURT:  You may step down, sir.  Thank you.

6               THE WITNESS:  Thank you, sir.

7               (Testimony concluded at 11:23 a.m.)

8               *              *              *

9                   **REPORTER'S CERTIFICATE**

10

11

12          I, Lynne M. Krenz, do certify the foregoing
      pages of typewritten material constitute a full, true and
      correct transcript of the digital recording, as they purport
13    to contain, of the proceedings recorded at the time and
      place hereinbefore mentioned.

14

15               /s/Lynne M. Krenz
                 Lynne M. Krenz, RMR, CRR, CRC
16

17

18

19

20

21

22

23

24

25